# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | Case No. | 18-MJ-68 CJW |
| | ) | | |
| DINO HARRINGTON, | ) | | |
| Defendant | ) | | |

## ORDER OF TEMPORARY DETENTION AND SCHEDULING A HEARING

☒ Preliminary Hearing

X Detention Hearing

☐ Bond Revocation Hearing

| Place: | *VIA VTC United States District Courthouse<br>111 7th Avenue SE<br>Courtroom 3, 4th Floor<br>Cedar Rapids, Iowa 52401 | Before Judge: | Kelly K.E. Mahoney |
|---|---|---|---|
| | | Date and Time: | March 9, 2018; 10:30 a.m. |

**IT IS ORDERED:** Pending the hearing, the Defendant is to be detained in the custody of the United States Marshals Service or any other authorized officer. The custodian must bring the Defendant to the hearing at the time, date, and place set forth above.

Date: 03/06/2018

_Judge's signature_

KELLY K.E. MAHONEY
UNITED STATES MAGISTRATE JUDGE
_Printed name and title_

*Judge Mahoney will preside from courtroom 1 in Sioux City, IA. Counsel, defendant and U.S. Probation will appear in courtroom 3 in Cedar Rapids, IA.